UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Civil No. 06-3377 (PAM/JSM)

          Plaintiff,

v.                                                                           **ORDER**

Dale G. Mays,

          Defendant.

---

On January 23, 2008, counsel for Plaintiff United States of America and Defendant Dale G. Mays, pro se, filed a signed Stipulated Dismissal (Docket No. 22) stating that the matter had been resolved and may be dismissed with prejudice with each party bearing its own costs. Dismissal as stipulated is warranted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, **IT IS HEREBY ORDERED** that:

1. Claims asserted by Plaintiff United States of America against Defendant Dale G. Mays are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated:  January 24, 2008

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson
                                          United States District Court Judge